**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **American Health Associates Holdings, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-1367454** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**15712 SW 41st St.**
**Davie, FL 33331**
Number, Street, City, State & ZIP Code

**Broward**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **American Health Associates Holdings, Inc.** _____   Case number (*if known*) _____
Name

**7.   Describe debtor's business**   A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **American Health Associates Holdings, Inc.**                    Case number (*if known*) _____
         Name

List all cases. If more than 1,          Debtor   **See Attachment**                    Relationship _____
attach a separate list                   District _____    When _____    Case number, if known _____

| | |
|---|---|
| **11.** **Why is the case filed in** *this district?* | *Check all that apply:* |

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
         Contact name  _____
         Phone  _____

### Statistical and administrative information

**13.** **Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **American Health Associates Holdings, Inc.**                    Case number (*if known*) _____
       Name

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 17, 2026**
       MM / DD / YYYY

**X** **/s/ Christopher Martin**                    **Christopher Martin**
Signature of authorized representative of debtor        Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Bradley S. Shraiberg**                    Date  **April 17, 2026**
Signature of attorney for debtor                            MM / DD / YYYY

**Bradley S. Shraiberg 121622**
Printed name

**Shraiberg Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone  **561 443 0800**    Email address  **bss@slp.law**

**121622 FL**
Bar number and State

Debtor    **American Health Associates Holdings, Inc.**                    Case number (*if known*) _____
          Name

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____    Chapter    **11**

☐ Check if this is an
   amended filing

---

**FORM 201. VOLUNTARY PETITION**

**Pending Bankruptcy Cases Attachment**

Debtor  **American Health Associates Holdings, Inc.**                          Case number (*if known*) _____
Name

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **American Health Associates Parent, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health Holdings II, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health Holdings III, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health Holdings IV, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health Holdings, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health Imaging MW, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health Imaging S, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health MW, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health NE, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health S, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **American Health W, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |
| Debtor | **Mobile XRay Diagnostics, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida, Miami-Dade Division** | When | **4/17/26** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name    **American Health Associates Holdings, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 17, 2026**        X **/s/ Christopher Martin**
                                    Signature of individual signing on behalf of debtor

                                    **Christopher Martin**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **American Health Associates Holdings, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Daniel L. Baker 1200 Holiday Dr Unite 1101 Fort Lauderdale, FL 33316** | | | | | | **$4,844,684.93** |
| **Balboa Capital Corporation 575 Anton Blvd #1080 Costa Mesa, CA 92626** | | | | | | **$49,625.00** |
| **City National Bank of Florida c/o Alan M. Grunspan Carlton Fields, PA 700 NW 1st Ave, Ste 1200 Miami, FL 33136** | | | **Disputed** | **$9,387,000.00** | **Unknown** | **Unknown** |
| **CT Corporation System Attn: SPRS 330 N. Brand Blvd, Ste 700 Glendale, CA 91203** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Florida Department of Revenue P.O. Box 6668 Tallahassee, FL 32314-6668** | | **For Information Purposes** | | | | **Unknown** |
| **Internal Revenue Service Attn: Special Procedures P.O. Box 34045 Stop 572 Jacksonville, FL 32202** | | **For Information Purposes** | | | | **Unknown** |

Debtor  **American Health Associates Holdings, Inc.**                     Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **McKesson Corporation 6651 Gate Parkway Jacksonville, FL 32256** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Miami- Dade Tax Collector 200 NW 2nd Ave Miami, FL 33128** | | **For Information Purposes** | | | | **Unknown** |
| **National Biz Capital, LLC 80 Arkay Dr., Suite 215 Hauppauge, NY 11788** | | | **Disputed** | **$2,000,000.00** | **Unknown** | **Unknown** |
| **Office of Attorney General State of Florida The Capitol PL-01 Tallahassee, FL 32399-1050** | | **For Information Purposes** | | | | **Unknown** |
| **SEC Headquarters 100 F Street, NE Washington, DC 20549** | | **For Information Purposes** | | | | **Unknown** |
| **Securities and Exchange Commission 801 Brickell Ave., Suite 1800 Miami, FL 33131** | | **For Information Purposes** | | | | **Unknown** |
| **United States Attorney General's Office US Department of Justice 950 Pennsylvania Avenue Washington, DC 20530-0001** | | **For Information Purposes** | | | | **Unknown** |
| **US Attorney Southern District of Florida 500 South Australian Avenue Suite 400 West Palm Beach, FL 33401** | | **For Information Purposes** | | | | **Unknown** |

# United States Bankruptcy Court
## Southern District of Florida

In re   **American Health Associates Holdings, Inc.**                          Case No. _____

                                                    Debtor(s)              Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **April 17, 2026** _____        **/s/ Christopher Martin** _____

                                              **Christopher Martin**/**President**
                                              Signer/Title

Balboa Capital Corporation
575 Anton Blvd
#1080
Costa Mesa, CA 92626


Bridgeford Trust Company, LLC,
Trustee of Martin 2020 Family IrrevTrust
1200 Holiday Dr., Unit 601
Fort Lauderdale, FL 33316


Christopher Martin
1200 Holiday Dr., Unit 601
Fort Lauderdale, FL 33316


City National Bank of Florida
c/o Alan M. Grunspan
Carlton Fields, PA
700 NW 1st Ave, Ste 1200
Miami, FL 33136


City National Bank of Florida
c/o Mario Carballo, Reg. Agent
Legal Department
100 SE 2nd St., 19th Floor
Miami, FL 33131


CT Corporation System
Attn: SPRS
330 N. Brand Blvd, Ste 700
Glendale, CA 91203


Daniel L. Baker
1200 Holiday Dr
Unite 1101
Fort Lauderdale, FL 33316


Debbie Martin
2650 Hunter Court
Weston, FL 33331


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


McKesson Corporation
6651 Gate Parkway
Jacksonville, FL 32256


Miami- Dade Tax Collector
200 NW 2nd Ave
Miami, FL 33128


National Biz Capital, LLC
80 Arkay Dr., Suite 215
Hauppauge, NY 11788


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401