**ORDERED in the Southern District of Florida on September 1, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

American Health Associates Holdings, Inc. *et al*.,[1] Case No.: 26-14825-SMG

Debtors. Chapter 11

_______________________________________/

**ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT**
**WITH JOEL KIRCHICK AND PAT TORTORELLA AND RELATED ENTITIES**

THIS MATTER came before the Court for hearing on August 31, 2026 upon the *Expedited Motion to Approve Settlement Agreement with Joel Kirckick and Pay Tortorella and Related Entities* [ECF No. 355] (the "Motion")[2] filed by the Debtors.

---

[1] The Debtors in these jointly administered cases are: (1) American Health Associates Holdings, Inc.; (2) American Health Associates Parent, LLC; (3) American Health Holdings, LLC; (4) American Health Holdings II, LLC; (5) American Health Holdings III, LLC; (6) American Health Holdings IV, LLC; (7) American Health MW, LLC; (8) American Health Imaging MW, LLC; (9) American Health S, LLC; (10) American Health Imaging S, LLC; (11) American Health W, LLC; (12) American Health NE, LLC; and (13) Mobile Xray Diagnostic, LLC.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED** that:

1. The Motion [ECF No. 355] is GRANTED.

2. The Agreement is APPROVED.

3. The Court retains jurisdiction to interpret and enforce the terms of this Order.

# # #

**SUBMITTED BY:**

Bradley S. Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
Counsel for the Debtors
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*