**ORDERED in the Southern District of Florida on September 2, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

American Health Associates Holdings, Inc. *et al*.,[1] Case No.: 26-14825-SMG

Debtors. Chapter 11

_______________________________________/

**ORDER (I) SETTING HEARING TO CONSIDER APPROVAL OF DISCLOSURE STATEMENT; (II) DIRECTING PLAN PROPONENT TO PROVIDE NOTICE; AND (III) SETTING OBJECTION DEADLINE**

On August 20, 2026, the Debtors (the "plan proponent") filed a disclosure statement[2] pursuant to 11 U.S.C. § 1125 in connection with its chapter 11 plan[3] filed on August 17, 2026. The disclosure statement is on file with the Court and may be accessed electronically, or you may obtain a copy at your expense from the Clerk or view a copy at the public terminals in the Clerk's office. Copies also may be obtained from the plan proponent by written request. The plan proponent requests that the Court set a hearing to consider approval of the disclosure statement. Therefore, it is

---

[1] The Debtors in these jointly administered cases are: (1) American Health Associates Holdings, Inc.; (2) American Health Associates Parent, LLC; (3) American Health Holdings, LLC; (4) American Health Holdings II, LLC; (5) American Health Holdings III, LLC; (6) American Health Holdings IV, LLC; (7) American Health MW, LLC; (8) American Health Imaging MW, LLC; (9) American Health S, LLC; (10) American Health Imaging S, LLC; (11) American Health W, LLC; (12) American Health NE, LLC; and (13) Mobile Xray Diagnostic, LLC.
[2] Dkt. No. 332.
[3] Dkt. No. 327.

**ORDERED, and NOTICE IS GIVEN**, that:

1. **Disclosure Statement Hearing.** The Court will conduct a hearing to consider approval of the disclosure statement on:

Date: **September 23, 2026**
Time: **2:00 p.m.**
Location: **United States Bankruptcy Court, 299 E. Broward Blvd., Courtroom 308, Fort Lauderdale, FL 33301**

The disclosure statement hearing may be continued to a future date by notice given in open court at the hearing.

2. **Deadlines.** The following deadlines apply with respect to the disclosure statement hearing:

| Deadline for: | Date |
|---|---|
| **Serving This Order, Disclosure Statement, and Plan** | 1 day after entry of this Order |
| **Filing Objections to the Disclosure Statement** | September 18, 2026 |

3. **Plan Proponent's Obligations.**

**A.** **Sending the Plan and Disclosure Statement.** By the deadline listed above for *Serving This Order, Disclosure Statement, and Plan*, the plan proponent must serve a copy of this order, the disclosure statement, and the plan, on:

**(1)** the debtor;

**(2)** all committees that have been appointed;

**(3)** any chapter 11 trustee or examiner that has been appointed;

**(4)** the Securities and Exchange Commission;

**(5)** the Internal Revenue Service;

**(6)** the United States trustee; and

**(7)** any party in interest who requests in writing a copy of the disclosure statement and plan.

**B.** **Sending Notice of the Disclosure Statement Hearing.** By the deadline listed above for *Serving This Order, Disclosure Statement, and Plan*, the plan proponent must serve a copy of this order on:

**(1)** all creditors;

**(2)** all equity security holders;

**(3)** all persons who have requested notice; and

**(4)** all other parties in interest (including, if the plan provides for an injunction against conduct not otherwise enjoined by the Bankruptcy Code against an entity that is not a creditor or equity security holder, those entities against whom the plan proponent seeks an injunction).

**C.** **Certificate of Service.** The plan proponent must file a certificate of service, as required by Local Rule 9036-2, of this order and any other document required to be served by this order.

**4.** **Objections.** An objection to the disclosure statement must be filed by the deadline listed above for *Filing Objections to the Disclosure Statement*.

**5.** **Sanctions, Dismissal, or Conversion.** If the plan proponent does not timely comply with any of the requirements of this order, the Court may impose sanctions at the disclosure statement hearing without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the plan. The Court will also consider dismissal or conversion at the disclosure statement hearing at the request of any party in interest or on the Court's own motion.

# # #

Submitted by:

Bradley S. Shraiberg, Esq.
**SHRAIBERG PAGE P.A.**
Counsel for the Debtors
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
bss@slp.law

*Bradley S. Shraiberg, Esq. is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*