**ORDERED in the Southern District of Florida on September 29, 2026.**

Scott M. Grossman, Chief Judge
United States Bankruptcy Court

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

American Health Associates Holdings, Inc., *et al.*,[1] Case No. 26-14825-SMG

Debtor. Chapter 11

_______________________________________/

**ORDER GRANTING MOTION TO VACATE STRUCTURED DISMISSAL ORDERS**

**THIS MATTER** came before the Court for hearing on September 23, 2026, upon the *Expedited Motion to Vacate Structured Dismissal Orders* [ECF No. 413] (the "Motion") filed by the Debtors.

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 413] is GRANTED.

[1] The Debtors in these jointly administered cases are: (1) American Health Associates Holdings, Inc.; (2) American Health Associates Parent, LLC; (3) American Health Holdings, LLC; (4) American Health Holdings II, LLC; (5) American Health Holdings III, LLC; (6) American Health Holdings IV, LLC; (7) American Health MW, LLC; (8) American Health Imaging MW, LLC; (9) American Health S, LLC; (10) American Health Imaging S, LLC; (11) American Health W, LLC; (12) American Health NE, LLC; and (13) Mobile Xray Diagnostic, LLC.

2. The *Order Granting Motion to Dismiss Cases of Imaging Debtors, Approve Settlements, and Approve Distributions to City National Bank and National Biz Capital* [Dkt. No. 398; Case No. 26-14837, Dkt. No. 25; Case No. 26-14831-SMG, Dkt. No. 23; Case No. 26-14832-SMG, Dkt. No. 20; Case No. 26-14826, Dkt. No. 23] is VACATED.

###

Submitted by:

Samuel W. Hess, Esq.
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

*Samuel W. Hess, Esq. is directed to serve a copy of this Order upon all appropriate parties and to file a certificate of service with the Court.*